**FILED**
CLERK, U.S. DISTRICT COURT

8/7/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JANUARY 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDO FLORES,<br><br>    Defendant. | CR 2:25-cr-00646-MEMF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 111(a)(1): Assault on Federal Officer] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about July 23, 2025, in Los Angeles County, within the Central District of California, defendant FERNANDO FLORES intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim A.M., an employee of the United States Bureau of Prisons, and, in doing so, made physical contact with A.M.,

//

//

while A.M. was engaged in, and on account of, the performance of A.M.'s official duties.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

YERVANT P. HAGOPIAN
Special Assistant United States Attorney
General Crimes Section