CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANTONIO VILLAAMIL (Bar No. 346321)
Antonio_Villaamil@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2584
Facsimile:  (213) 894-0081

Attorneys for Defendant
FERNANDO FLORES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FERNANDO FLORES,<br><br>                    Defendant. | Case No. 2:25-cr-00646-MEMF-1<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH CONDITION OF RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED the deadline for Mr. Flores to clear all DMV and traffic violations be continued to April 24, 2026. All other conditions of release shall remain unchanged.

DATED: _____          _____

HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge